UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>       v.<br>CANDELARIA DAGANDAN VAZQUEZ,<br>        Defendant. | Case No. 16-cr-00259-SI-1<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR DOCUMENTS AND WAIVING REPRODUCTION COSTS**<br><br>Re: Dkt. No. 189 |

The Court has received a *pro se* letter from defendant Candelaria Dagandan Vazquez requesting a copy of her plea agreement (filed approximately November 8, 2016); the "sentence" (by which the Court interprets as a request for the judgment) (Dkt. Nos. 144, 146, 148); and "instructions and paperwork for a 2255 motion." Letter dated February 9, 2021 from Defendant (Dkt. No. 189). Defendant's letter states that she previously requested these documents in January 2020; however, the Court's docket does not reflect any such request.

Defendant is indigent, Dkt. Nos. 9, 156. The Court hereby GRANTS defendant's request and waives the reproduction costs. The Clerk shall mail the requested documents to defendant.

**IT IS SO ORDERED**.

Dated: February 23, 2021

_____
SUSAN ILLSTON
United States District Judge